EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2004

at ____ o'clock and ____ min. ____ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR04-00444 DAE<br>CR. NO. |
| Plaintiff, ) | INDICTMENT |
| v. ) | |
| PHILLIP ANDREW NICO, ) | [18 U.S.C. § 2113(a)] |
| Defendant. ) | |

INDICTMENT

COUNT 1

[18 U.S.C. 2113(a)]

The Grand Jury charges that:

On or about November 7, 2004, in the District of Hawaii, Defendant PHILLIP ANDREW NICO, did by intimidation, take from the person and presence of another money belonging to, and in the care, custody, control, management, and possession of Bank

of Hawaii, a bank as defined in Title 18, United States Code, Section 2113(f).

In violation of Title 18, United States Code, Section 2113(a).

DATED: November 17, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/

_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crime Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. Phillip Andrew Nico
Cr. No.
Indictment