UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
MAR 06 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>PHILLIP ANDREW NICO,<br><br>Defendant - Appellant. | No. 05-10746<br><br>D.C. No. CR-04-00444-DAE<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2006

at 10 o'clock and 0 min. __ M
SUE BEITIA, CLERK

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

The motion of Georgia K. McMillen, Esq., to withdraw as counsel is denied as moot.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

/s/ Nanette Won
Nanette Won
Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

MAR - 6 2006

by: _____
Deputy Clerk

S:\MOATT\Clrkords\03.06\nw\05-10746v.wpd

Proceedings include all events.
05-10746 USA v. Nico

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Loretta A. Sheehan, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Suite 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S.<br>ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| PHILLIP ANDREW NICO<br>    Defendant - Appellant | Phillip Andrew Nico<br>90345-022<br>[NTC prs]<br>FDC HONOLULU<br>P.O. Box 30080<br>Honolulu, HI 96820<br><br>Georgia K. McMillen, Esq.<br>FAX 808/891-9393<br>808/891-9393<br>[COR LD NTC cja]<br>P.O. Box 1512<br>Wailuku Maui, HI 96793 |